UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GOLD SEAL TERMITE AND PEST CONTROL COMPANY, on behalf of itself and all others similarly-situated,<br><br>Plaintiff,<br><br>vs.<br><br>ILD TELECOMMUNICATIONS, INC. d/b/a ILD TELESERVICES, INC.,<br><br>Defendant. | Case No. 1:11-cv-0642-JMS-DKL<br><br>Dismissal acknowledged.  JMS, DJ 8-31-11 |

## THE PARTIES' RULE 41(a)(1) NOTICE OF STIPULATION OF DISMISSAL

The parties, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned case with prejudice.

Dated:  August 30, 2011

/s/ Dina M. Cox (*by consent*)
Dina M. Cox
Robert M. Baker, IV
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Telephone: (317) 237-0500
dcox@lewiswagner.com
rbaker@lewiswagner.com

Gregory F. Harley
(pro hac vice application pending)
BURR & FORMAN LLP
171 17th Street, NW, Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
gharley@burr.com

***Counsel for Defendant ILD Telecommunications, Inc.***

*/s/ Scott D. Gilchrist*
Richard E. Shevitz
Scott D. Gilchrist
Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
rshevitz@cohenandmalad.com
sgilchrist@cohenandmalad.com
ltoops@cohenandmalad.com

***Counsel for Gold Seal Termite and Pest Control Company***